IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYLVIA SHARP,

    Petitioner,

v.        4:10cv372-WS

FEDERAL BUREAU OF PRISONS,
et al.,

    Respondents.

_____

## ORDER DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed November 9, 2010. See Doc. 7. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for failure to state a cognizable claim for habeas corpus relief. The petitioner has filed no objections to the report and recommendation.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 (doc. 1) is hereby DISMISSED without prejudice for failure to state a cognizable claim for relief.

    2. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this __3rd__ day of __December__, 2010.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE